# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Scott Hankes, et al.

                              Plaintiff,

v.                                                               Case No.: 1:20−cv−05328
                                                                 Honorable M. David Weisman

Krapils, The Great Steak, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 21, 2023:

      MINUTE entry before the Honorable M. David Weisman: Status hearing held. For the reasons stated on record, the Court approved the proposed settlement agreement and granted the joint motion for approval of the settlement agreement and release [53]. Enter order. The Court thanks the parties for their professionalism in resolving this case. This case is dismissed without prejudice and with leave to reinstate by 9/18/23. The Court shall retain jurisdiction until 9/18/23 for the purpose of enforcing the terms of the settlement. If a motion to reinstate is not filed by 9/18/23, the dismissal shall become final and will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.