IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT HANKES and EVAN THOMPSON, individually and as Class Representatives,<br><br>      Plaintiffs,<br>  v.<br><br>KRAPILS, THE GREAT STEAK, INC., RON MUERSCH, SR., individually, RON MUERSCH, JR., individually, and TEDD MUERSCH, individually,<br><br>      Defendants. | Case No. 1:20-CV-05328<br><br>Magistrate Judge M. David Weisman |

## ORDER FOR DISMISSAL WITH PREJUDICE

UPON CONSIDERATION of the Parties' Joint Notice of Settlement Payment, and otherwise being fully informed on the premises, THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

This matter is dismissed with prejudice.

IT IS SO ORDERED.

Date: 4/17/23

*M. David Weisman*
_____
Magistrate Judge M. David Weisman